IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DANIel T. MAPLES ) | |
| ) | CIVIL ACTION FILE |
| Plaintiff, ) | NO. 7:13-CV-00171-HL |
| ) | |
| v. ) | |
| ) | |
| BANK OF AMERICA, N.A., and ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | |
| COMPANY AS TRUSTEE FOR THE ) | |
| CERTIFICATEHOLDERS OF THE ) | |
| SOUNDVIEW HOME LOAN TRUST ) | |
| 2005-5 ASSET-BACKED CERTIFICATES ) | |
| SERIES 2005-4 ) | |
| ) | |
| Defendants. ) | |
| ) | |

## [PROPOSED] ORDER STAYING DISCOVERY

THIS MATTER is before the Court on the *Motion to Stay Discovery* filed by Defendants Bank of America, N.A. (hereinafter "BANA"), and Deutsche Bank National Trust Company as Trustee for the Certificateholders of the Soundview Home Loan Trust 2005-4 Asset-Backed Certificates, Series 2005-4 (hereinafter "Deutsche") (collectively the "Defendants" or "Bank Defendants").

Upon consideration of the Motion and the arguments contained in the accompanying Memorandum of Law, the Court finds that there is sufficient

1

evidence and just cause for the Court to stay discovery while the Court considers Defendants' *Motion to Dismiss Plaintiff's Complaint*.

Accordingly, it is hereby:

ORDERED that Defendants' *Motion to Stay Discovery* is GRANTED, staying the discovery period and the parties' requirements to comply with their respective obligations.

It is furthermore ORDERED that should the Court later deny Defendants' *Motion to Dismiss Plaintiff's Complaint*, the parties shall comply with all mandates of the federal and local rules within thirty (30) days of the Court's Order denying said motion.

SO ORDERED this  22nd  day of  January , 2014.

                                             s/Hugh Lawson
                                             Hon. Hugh Lawson
                                             United States District Court Judge
                                             Middle District of Georgia